*E-FILED - 3/18/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HUGH HUTCHINSON,<br><br>    Petitioner,<br><br>  vs.<br><br>ROBERT L. AYERS,<br><br>    Respondent. | No. C 00-20936 RMW (PR)<br><br>ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY |

Petitioner, a California prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was denied on its merits. Petitioner has filed a motion for a certificate of appealability. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

"Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

Except for substituting the word "constitutional" for the word "federal," section 2253(c)(2) codified the standard announced by the Supreme Court in Barefoot v. Estelle, 463 U.S. 880, 892–93 (1983). Slack, 529 U.S. at 475. In Barefoot, the court explained that "a substantial showing of the denial of [a] federal right" means that a petitioner "must demonstrate

Order Denying Request for Certificate of Appelability
P:\PRO-SE\SJ.Rmw\HC.00\Hutchinson936COAden.wpd

1  that the issues are debatable among jurists of reason; that a court could resolve the issues [in a
2  different manner], or that the questions are adequate to deserve encouragement to proceed
3  further." Barefoot, 463 U.S. at 893 n.4 (citations and internal quotations omitted). Any doubts
4  about whether the Barefoot standard has been met must be resolved in petitioner's favor.
5  Lambright v. Stewart, 220 F.3d 1022, 1024–25 (9th Cir. 2000).

6      The court denied the instant petition after careful consideration of the merits. The court
7  found no violation of petitioner's federal constitutional rights in the underlying state court
8  proceedings. Petitioner has failed to demonstrate that jurists of reason would find it debatable
9  whether this court was correct in its ruling. Accordingly, the court will DENY petitioner's
10 request for a certificate of appealability.

11     The clerk shall serve notice of this order forthwith to the United States Court of Appeal
12 and to the parties. See Fed. R. App. P. 24(a).

13     IT IS SO ORDERED.
14 DATED:  3/16/09

*Ronald M. Whyte*
RONALD M. WHYTE
15 United States District Judge

Order Denying Request for Certificate of Appealability
P:\PRO-SE\SJ.Rmw\HC.00\Hutchinson936COAden.wpd

2